**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:18-cv-04106-BCW<br>) |
| v. | )<br>) |
| MORRIS PACKAGING, LLC; MORRIS CONVERTING, LLC; GREG BELOW; JOSEPH FIORE; and GATEWAY PACKAGING COMPANY, LLC; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Selective Insurance Company of the Southeast ("Selective"), by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby informs the Court that a settlement has been reached and it is voluntarily dismissing its claims in this declaratory judgment action with prejudice, with all parties to bear their own costs. All parties assent to this voluntary dismissal as evidenced by the signatures of counsel below.

Dated: October 19, 2018

| | |
|---|---|
| **HINSHAW & CULBERTSON LLP** | **HUSCH BLACKWELL LLP** |
| By: /s/ Kyle Christopher Oehmke<br>Kyle Christopher Oehmke<br>521 West Main Street<br>Suite 300<br>Belleville, IL 62222<br>P: (618) 277-2400<br>koehmke@hinshawlaw.com | By: /s/ Michael D. Fielding (with permission)<br>Michael D. Fielding MO 53124<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112<br>P: (816) 983-8353<br>F: (816) 983-8080<br>michael.fielding@huschblackwell.com |
| Dana A. Rice (admitted *pro hac vice*)<br>Adam P. Joffe (admitted *pro hac vice*)<br>151 North Franklin Street, Sutie 2500<br>Chicago, IL 60606<br>P: (312) 704-3000<br>F: (312) 704-3001<br>drice@hinshawlaw.com<br>ajoffe@hinshawlaw.com | Kevin P. Simpson *pro hac vice*<br>William C. O'Neil *pro hac vice*<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>P: (312) 558-9378<br>ksimpson@winston.com<br>woneil@winston.com |
| ***Attorneys for Plaintiff Selective Insurance Company of the Southeast*** | ***Attorneys for Defendant Gateway Packaging Company, LLC*** |

**GIBBS POOL & TURNER, PC**

By: /s/ Hallie H. Gibbs, II (with permission)
Hallie H. Gibbs, II
3225-A Emerald Lane
Jefferson City, MO 65109
P: (573) 636-2614
F: (573) 636-6541
hgibbs@gptlaw.net

***Attorneys for Defendants Morris Packaging, LLC, Morris Converting LLC, Greg Below and Joseph Fiore***

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

**HINSHAW & CULBERTSON LLP**

By: /s/ Kyle Christopher Oehmke
Kyle Christopher Oehmke
521 West Main Street
Suite 300
Belleville, IL 62222
P: (618) 277-2400
koehmke@hinshawlaw.com

*Attorneys for Plaintiff*
*Selective Insurance Company of the Southeast*